433 F.2d 357
 Shirley Gleitzman SCHIENER, Mae Gleitzman Manney, Manney &
Co., and Dunne Press, Inc., as representatives of
a class, Plaintiffs-Appellants,
v.
Tory V. POST, Berl F. Godfrey, Shelby F. Peavy, Horace H.
Woodruff, Edward C. Acker, E. Grant Fitts, James H. Bond, A.
D. Martin, Sr., William L. Carter, Jr., Marvin T. Minyard,
John F. Moore, H. N. Pierce, Malcolm C. Thorne, Wilbur F.
Wright, and B. J. McNabb, Defendants-Appellees.
 No. 29617.
 United States Court of Appeals, Fifth Circuit.
 Oct. 16, 1970.
 
 R. S. Galloway, Ernest F. Foree, Dallas, Tex., for plaintiffs-appellants.
 Gerald P. Urback, Ray Besing, Dallas, Tex., for James H. Bond and A. D. Martin, Sr.
 Don L. Case, Thomas C. Unis, Patrick F. McGowan, Dallas, Tex., for Troy V. Post, Berl F. Godfrey, Shelby F. Peavy, Virgil H. Post, Horace H. Woodruff, Edward C. Acker, and E. Grant Fitts.
 Richard D. Haynes, Joe B. Abbey, Michael M. Boone, Dallas, Tex., for James H. Bond, William L. Carter, Jr., Marvin T. Minyard, John F. Moore, H. N. Pierce, Malcolm C. Thorne, Wilbur F. Wright, and B. J. McNabb.
 Appeal from United States District Court, Northern District of Texas; Sarah Tilghman Hughes, District Judge.
 Before COLEMAN, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] See also Herpich et al. v. Wallace et al., 5 Cir., 1970, 430 F.2d 792; Shell v. Hensley, 5 Cir., 1970, 430 F.2d 819; Herpich v. Wilder et al., 5 Cir., 1970, 430 F.2d 818.
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966